IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:24-cv-2665**

JASON ALLEN, an individual,

Plaintiff,

v.

SHIRA PERLMUTTER, IN HER OFFICIAL CAPACITY AS REGISTER OF

COPYRIGHTS AND DIRECTOR OF THE UNITED STATES COPYRIGHT OFFICE;

AND THE UNITED STATES COPYRIGHT OFFICE,

Defendants.

_____

**PLAINTIFF'S MOTION FOR**

**EXTENSION OF TIME OR CONTINUANCE**

_____

Plaintiff respectfully requests an extension of time to hold the Scheduling Conference currently set for December 12, 2024. I have not received any prior extensions. This extension is necessary because although Defendants were served by U.S. Mail in September 2024 as well as by Certified/Registered mail and in person this November 2024, the Defendants have not entered appearance yet.  Therefore, the parties have not been able to hold a pre-scheduling conference as required twenty-one (21) days prior to the Scheduling Conference with the Court on December 12, 2024. I have been unable to consult with opposing counsel to complete the Draft Scheduling Order and submit it by December 5, 2024.

Therefore, I ask that the Court grant an extension of thirty-five days for the items above so that the Scheduling Conference shall be on Thursday, January 9, 2025 (or a later time at the court's discretion).

I have contacted the Defendants to inform them of this motion. Opposing party has not responded.

Respectfully submitted this November 27, 2024

/s/ Tamara Pester

Tamara S. Pester, Attorney for Plaintiff