# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02665-SKC-KAS

JASON ALLEN, an individual,

Plaintiff,

v.

SHIRA PERLMUTTER, IN HER OFFICIAL CAPACITY AS REGISTER OF COPYRIGHTS AND DIRECTOR OF THE UNITED STATES COPYRIGHT OFFICE; AND THE UNITED STATES COPYRIGHT OFFICE

Defendant(s).

## PLAINTIFF'S MOTION FOR
## EXTENSION OF TIME OR CONTINUANCE

     Plaintiff respectfully requests an extension of time to hold the Scheduling Conference currently set for December 12, 2024. I have not received any prior extensions. This extension is necessary because although Defendants were served by U.S. Mail in September 2024 as well as by Certified/Registered mail and in person this November 2024, the Defendants have not entered appearance yet. Therefore, the parties have not been able to hold a pre-scheduling conference as required twenty-one (21) days prior to the Scheduling Conference with the Court on December 12, 2024. I have been unable to consult with opposing counsel to complete the Draft Scheduling Order and submit it by December 5, 2024.

Therefore, I ask that the Court grant an extension of thirty-five days for the items above so that the Scheduling Conference shall be on **Thursday, January 9, 2025 (or a later time at the court's discretion)**.

I have contacted the Defendants to inform them of this motion. Opposing party has not responded.

Respectfully submitted this November 27, 2024

/s/

Tamara S. Pester, Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02665-SKC-KAS

**JASON ALLEN, an individual,**
Plaintiff,

v.

**SHIRA PERLMUTTER, IN HER OFFICIAL CAPACITY AS REGISTER OF COPYRIGHTS AND DIRECTOR OF THE UNITED STATES COPYRIGHT OFFICE; AND THE UNITED STATES COPYRIGHT OFFICE**
Defendant(s).

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Plaintiff's Motion for Extension of Time to hold the Scheduling Conference, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

The Scheduling Conference originally set for December 12, 2024, is hereby rescheduled to _____, 2025. Accordingly, all related deadlines are extended as follows:

1. The parties shall hold a pre-scheduling conference no later than twenty-one (21) days prior to the new Scheduling Conference date.

2. The Draft Scheduling Order shall be completed and submitted by _____, 2025.

SO ORDERED this ___ day of _____, 2024.

BY THE COURT:

_____

United States District Judge