IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  24-cv-02665-SKC-KAS

JASON ALLEN, an individual,

    Plaintiff,

v.

SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE.

    DATED at Denver, Colorado this 27th day of January, 2025.

                                Jenna Munnelly
                             Name of Attorney

                            Department of Justice
                             Firm Name
                            1100 L Street NW
                             Office Address
                            Washington, DC 20005
                             City, State, ZIP Code
                            202-616-1061
                             Telephone Number
                            jenna.e.munnelly@usdoj.gov
                             Primary CM/ECF E-mail Address

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

SCOTT BOLDEN
Director

/s/ Jenna Munnelly
JENNA MUNNELLY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email:      jenna.e.munnelly@usdoj.gov
Telephone:  (202) 616-1061


*Attorneys for Defendants*

Dated: January 27, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this __27th__ day of __January__, 20__25__ I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

_____tamara@tmbtq.com_____

_s/    Jenna Munnelly_