# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 24-cv-02665-REB

JASON ALLEN, an individual,

    Plaintiff,

v.

SHIRA PERLMUTTER, In her official capacity as Register of Copyrights and Director of the United States Copyright office; and
THE UNITED STATES COPYRIGHT OFFICE,

    Defendants.

## ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN

**Blackburn, J.**

    This action under the Administrative Procedure Act was filed on September 26, 2024. This case was assigned to the AP docket on January 30, 2025. A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.

    Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP). The form JCMP of this court is referenced in D.C.COLO.LAPR 16.1. Counsel should attempt in good faith to agree on all matters covered in the form JCMP. Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That on or before February 24, 2025, the parties shall file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form referenced

in D.C.COLO.LAPR 16.1, and shall submit via email a copy of the proposed Joint Case Management plan, in an editable format, to the judge assigned to preside over this case; and;

    2. That the defendant shall file the administrative record via the CM/ECF system of the court in the manner required by the Electronic Case Filing Procedures for the District of Colorado (Civil Cases), including *Electronic Case Filing Procedures (Civil Cases)*, ¶ 1.1 - ¶ 1.2. The Electronic Case Filing Procedures for the District of Colorado (Civil Cases) provide that all documents filed in civil cases "shall be filed electronically in a portable document format (PDF) using the Electronic Case Filing System (ECF)." *Electronic Case Filing Procedures (Civil Cases)*, ¶ 1.1.

    Dated January 31, 2025, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge