**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02665-REB

JASON ALLEN, an individual,

      Plaintiff,

v.

SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE,

      Defendants.

---

**NOTICE OF FILING ADMINISTRATIVE RECORD**

---

      Pursuant to the Court's January 31, 2025 Order, ECF No. 20, Defendants submit the following Administrative Record and certification of the Record.

**Index of U.S. Copyright Office Administrative Record**

- Exhibit A - Declaration of Jalyce Mangum, Certification of Administrative Record

- Exhibit B - U.S. Copyright Office Documents

| Bates No. | Description |
|---|---|
| USCO_AR_001–USCO_AR_003 | Application for Registration |
| USCO_AR_004–USCO_AR_021 | Correspondence Activity Report |
| USCO_AR_022 | Deposit Materials |
| USCO_AR_023–USCO_AR_026 | Initial Letter Refusing Registration |
| USCO_AR_027–USCO_AR_037 | First Request for Reconsideration |
| USCO_AR_038–USCO_AR_050 | Refusal of First Request for Reconsideration |
| USCO_AR_051–USCO_AR_062 | Second Request for Reconsideration |

| USCO_AR_063–USCO_AR_071 | Refusal of Second Request for Reconsideration |
| USCO_AR_072–USCO_AR_073 | Litigation Hold Notice |

- Exhibit C - Excerpts of *Compendium of U.S. Copyright Office Practices*

| Bates No. | Description |
| --- | --- |
| USCO_AR_074–USCO_AR_086 | U.S. Copyright Office, *Compendium of U.S. Copyright Office Practices* § 2.8.3 (1st ed. 1973) |
| USCO_AR_087 | U.S. Copyright Office, *Compendium of U.S. Copyright Office Practices* § 306 (3d ed. 2021) |
| USCO_AR_088–USCO_AR_091 | U.S. Copyright Office, *Compendium of U.S. Copyright Office Practices* § 310 (3d ed. 2021) |
| USCO_AR_092–USCO_AR_094 | U.S. Copyright Office, *Compendium of U.S. Copyright Office Practices* § 311.2 (3d ed. 2021) |
| USCO_AR_094–USCO_AR_112 | U.S. Copyright Office, *Compendium of U.S. Copyright Office Practices* § 313 (3d ed. 2021) |
| USCO_AR_113–USCO_AR_114 | U.S. Copyright Office, *Compendium of U.S. Copyright Office Practices* § 507.1 (3d ed. 2021) |
| USCO_AR_115 | U.S. Copyright Office, *Compendium of U.S. Copyright Office Practices* § 602.4(C) (3d ed. 2021) |
| USCO_AR_116–USCO_AR_118 | U.S. Copyright Office, *Compendium of U.S. Copyright Office Practices* § 621.1 (3d ed. 2021) |
| USCO_AR_119–USCO_AR_122 | U.S. Copyright Office, *Compendium of U.S. Copyright Office Practices* § 909.3 (3d ed. 2021) |
| USCO_AR_123–USCO_AR_124 | U.S. Copyright Office, *Compendium of U.S. Copyright Office Practices* § 1704.2 (3d ed. 2021) |

- Exhibit D - U.S. Copyright Office Reports and Guidance Documents

| Bates No. | Description |
| --- | --- |
| USCO_AR_125–USCO_AR_154 | U.S. Copyright Office, Sixty-Eighth Annual Report Of The Register Of Copyrights For The Fiscal Year Ending June 30, 1965 (1966) |

| USCO_AR_155–USCO_AR_161 | U.S. Copyright Office Review Board, *Decision Affirming Refusal of Registration of A Recent Entrance to Paradise* (Feb. 14, 2022) |
| USCO_AR_162–USCO_AR_164 | Letter from U.S. Copyright Office to Kris Kashtanova (Oct. 28, 2022) |
| USCO_AR_165–USCO_AR_193 | U.S. Copyright Office, *Cancellation Decision re: Zarya of the Dawn (VAu001480196)* (Feb. 21, 2023) |
| USCO_AR_194–USCO_AR_198 | *Copyright Registration Guidance: Works Containing Material Generated by Artificial Intelligence*, 88 Fed. Reg. 16,190 (Mar. 16, 2023) |
| USCO_AR_199–USCO_AR_209 | U.S. Copyright Office, *Webinar: Registration Guidance for Works Containing AI-Generated Content Tr.* (June 28, 2023) |

- Exhibit E - Statutes and Regulations

| Bates No. | Description |
| --- | --- |
| USCO_AR_210–USCO_AR_217 | 17 U.S.C. § 101 |
| USCO_AR_218–USCO_AR_221 | 17 U.S.C. § 102 |
| USCO_AR_222–USCO_AR_224 | 17 U.S.C. § 103 |
| USCO_AR_225–USCO_AR_229 | 17 U.S.C. § 107 |
| USCO_AR_230–USCO_AR_231 | 17 U.S.C. § 409 |
| USCO_AR_232–USCO_AR_233 | 17 U.S.C. § 410 |
| USCO_AR_234–USCO_AR_235 | 37 C.F.R. § 202.5 |

- Exhibit F - Case Law

| Bates No. | Description |
| --- | --- |
| USCO_AR_236–USCO_AR_242 | *Alfred Bell & Co. v. Catalda Fine Arts*, 191 F.2d 99 (2nd Cir. 1951) |
| USCO_AR_243–USCO_AR_260 | *Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith*, 992 F.3d 99 (2nd Cir. 2021) |

| USCO_AR_261–USCO_AR_279 | *Andy Warhol Foundation for Visual Arts, Inc. v. Goldsmith*, 11 F.4th 26 (2nd Cir. 2021) |
| USCO_AR_280–USCO_AR_282 | *Belair v. MGA Entertainment, Inc.*, 503 Fed. Appx. 65 (2nd Cir. 2012) |
| USCO_AR_283–USCO_AR_294 | *Belair v. MGA Entertainment, Inc.*, 831 F.Supp.2d 687 (S.D.N.Y. 2011) |
| USCO_AR_295–USCO_AR_297 | *Bleistein v. Donaldson Lithographing Co.*, 188 U.S. 239 (1903) |
| USCO_AR_298–USCO_AR_301 | *Burrow-Giles Lithographic Co. v. Sarony*, 111 U.S. 53 (1884) |
| USCO_AR_302–USCO_AR_313 | *Cariou v. Prince*, 714 F.3d 694 (2nd Cir. 2013) |
| USCO_AR_314–USCO_AR_325 | *Castle Rock Entertainment, Inc. v. Carol Pub. Group, Inc.*, 150 F.3d 132 (2nd Cir. 1998) |
| USCO_AR_326 | *Dan Kasoff, Inc. v. Novelty Jewelry Co.*, 309 F.2d 745 (2nd Cir. 1962) |
| USCO_AR_327–USCO_AR_337 | *Feist Publications, Inc. v. Rural Telephone Service Co.*, 499 U.S. 340 (1991) |
| USCO_AR_338–USCO_AR_342 | *Friedman v. Guetta*, No. 10-cv-00014, 2011 WL 3510890 (C.D. Cal. May 27, 2011) |
| USCO_AR_343–USCO_AR_356 | *Kelley v. Chicago Park Dist.*, 635 F.3d 290 (7th Cir. 2011) |
| USCO_AR_357–USCO_AR_368 | *Mazer v. Stein*, 347 U.S. 201 (1954) |
| USCO_AR_369–USCO_AR_385 | *Naruto v. Slater*, 888 F.3d 418 (9th Cir. 2018) |
| USCO_AR_386–USCO_AR_390 | *Rockford Map Publishers, Inc. v. Directory Service Co. of Colorado*, 768 F.2d 145 (7th Cir. 1985) |
| USCO_AR_391–USCO_AR_400 | *Schrock v. Learning Curve Intern., Inc.*, 586 F.3d 513 (7th Cir. 2009) |
| USCO_AR_401–USCO_AR_407 | *Sheldon v. Metro-Goldwyn Pictures Corporation*, 81 F.2d 49 (2nd Cir. 1936) |
| USCO_AR_408–USCO_AR_421 | *SHL Imaging, Inc. v. Artisan House, Inc.*, 117 F.Supp.2d 301 (S.D.N.Y. 2000) |
| USCO_AR_422–USCO_AR_442 | *Star Athletica, L.L.C. v. Varsity Brands, Inc.*, 580 U.S. 405 (2017) |

| USCO_AR_443–USCO_AR_449 | *Thaler v. Perlmutter*, 687 F.Supp.3d 140 (D.D.C. 2023) |
| USCO_AR_450–USCO_AR_457 | *Urantia Foundation v. Maaherra*, 114 F.3d 955 (9th Cir. 1997) |
| USCO_AR_458–USCO_AR_466 | *Waldman Pub. Corp. v. Landoll, Inc.*, 43 F.3d 775 (2nd Cir. 1994) |

- Exhibit G - Other Materials

| Bates No. (USCO_AR_) | Description |
| --- | --- |
| USCO_AR_467–USCO_AR_519 | Final Report on the National Commission on New Technological Uses of Copyrighted Works, 3 COMPUTER L.J. 53 (1981) |
| USCO_AR_520 | Meredith Alexander Kunz, *Leveraging Deep Learning to Fix Images*, ADOBE RESEARCH (Feb. 8, 2018) |
| USCO_AR_521–USCO_AR_526 | Sarah Kuta, *Art Made with Artificial Intelligence Wins at State Fair*, SMITHSONIAN MAGAZINE (Sept. 6, 2022) |
| USCO_AR_527–USCO_AR_530 | *Prompts*, MIDJOURNEY (June 3, 2023) |
| USCO_AR_531–USCO_AR_533 | *Parameter List*, MIDJOURNEY (June 5, 2023) |
| USCO_AR_534–USCO_AR_535 | *Seeds*, MIDJOURNEY (June 5, 2023) |
| USCO_AR_536–USCO_AR_538 | *Upscalers*, MIDJOURNEY (June 5, 2023) |
| USCO_AR_539–USCO_AR_544 | *Quick Start*, MIDJOURNEY (June 6, 2023) |
| USCO_AR_545–USCO_AR_547 | *Parameter List*, MIDJOURNEY (Aug. 23, 2023) |
| USCO_AR_548–USCO_AR_550 | *Prompts*, MIDJOURNEY (Sept. 2, 2023) |
| USCO_AR_551–USCO_AR_559 | *Gigapixel AI*, TOPAZ LABS (Jan. 18, 2024) |

Respectfully submitted,

MICHAEL GRANSTON
Deputy Assistant Attorney General

SCOTT BOLDEN
Director

Of Counsel:                 s/ Jenna Munnelly
SUZANNE JOHNSON             JENNA MUNNELLY
U.S. Dept. of Justice       Trial Attorney
                            Commercial Litigation Branch
                            Civil Division
                            Department of Justice
                            Washington, DC 20530
                            Email: jenna.e.munnelly@usdoj.gov
                            Telephone:   (202) 616-1061

                            *Counsel for Defendants*

Dated:  February 27, 2025