**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 24-cv-02665-REB

JASON ALLEN, an individual,

       Petitioner,

v.

SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of
the United States Copyright Office, and
THE COPYRIGHT OFFICE,

       Defendants.

---

## ORDER DIRECTING REASSIGNMENT

---

**Blackburn, J.**

       This matter is before me on the **Joint Case Management Plan for Petitions**

**For Review of Agency Action** [#23][1] filed March 10, 2025.  This case is an

administrative appeal.  Under the local rules of the court, an AP judge manages an

administrative appeal through briefing.  **D.C.COLO.LCivR** 40.1(d); **D.C.COLO.LAPR**

10.3.  Typically, once briefing is complete, the administrative appeal is returned to the

clerk of the court to be drawn to a judge under D.C.COLO.LCiv.R 40.1.  The judge so

drawn resolves the case on its merits.

       The joint case management plan [#23] indicates that there are discovery issues

which must be resolved in order to move this case toward resolution.  I find the

discovery issues summarized in the joint case management plan to be sufficiently

intertwined with the merits of the underlying controversy to suggest that the AP judge

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

should refrain from resolving those issues to avoid binding the merits judge to a ruling which he or she may view differently. Thus, I order that this case be randomly drawn to a merits judge. The parties are reminded that this case continues to be regulated by the Local Rules of Practice of the United States District Court for the District of Colorado - AP Rules.

**THEREFORE, IT IS ORDERED** that the clerk shall assign this case to a judge for resolution on the merits under the random assignment procedure of D.C.COLO.LCiv.R 40.1.

Dated March 11, 2025, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge