IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02665-WJM

**JASON ALLEN, an individual,**

**Plaintiff,**

**v.**

**SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE,**

    **Defendants.**

---

### CONFIDENTIAL AFFIDAVIT OF TAMARA PESTER

---

**I, Tamara Pester, being duly sworn, depose and state as follows:**

1. **Introduction:** I am the attorney for Plaintiff, Jason Allen, in the above-captioned matter. I am submitting this affidavit to request permission to withdraw as counsel for Plaintiff.

2. **Reasons for Withdrawal:** I request withdrawal as counsel from this matter because of an impending medical issue, as well as my client's financial inability to pay legal fees in violation of our engagement letter.

3. **Medical Procedure:** ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████



I am focused on serving clients who have the financial ability to pay for services and timely pay bills and replenish retainers, in accordance with our normal engagement terms.

5. **Financial Constraints:** Plaintiff's current inability to pay for legal services provided by me makes it difficult to continue representation.

    a. **Engagement Letter:** The attached engagement letter (Exhibit 1) between Plaintiff and me permits withdrawal in the event that bills are not promptly paid. It also contains language whereby the client agrees to a stipulation executed by him allowing withdrawal as his attorney in any judicial, arbitration or similar matter.

    b. **Fees:** I provided by client with a verbal estimate of the fees involved with the remainder of this case in early March and followed up in writing on March 24, 2025, and requested a replenishment of the retainer by the end of that month.

    c. Mr. Allen, in response to the request for retainer replenishment, explained his business plans and inability to pay my fees. See **Exhibit 2**. I responded that I understood, but I could not represent him on a pro bono basis, and he said he understood.

    d. Following our informal communication which I thought represented an understanding of my plan to withdraw, I reached out to another attorney who had previously indicated that he may be interested in taking the matter on a pro bono basis. However, today (April 4), he said he can no longer do so.

    e. When I presented the Motion to Withdraw to Mr. Allen, he indicated that he does not consent because we have not secured alternate representation for him. Please see the email exchange between us attached hereto as **Exhibit 3.**

    f. I have provided my client with a list of organizations that represent clients on a pro bono basis.

6. **No Prejudice or Delay:** My withdrawal will not prejudice any party or delay the progression of this case.

7. **Good Cause:** Good cause exists for the requested relief.

**WHEREFORE, I respectfully request that this Court grant the motion to withdraw as counsel for Plaintiff.**

**Respectfully Submitted,**

**s/ Tamara Pester**

**Dated: April 4, 2025**