

**TMBTQ, a trademark law boutique
of Tamara S. Pester, LLC**

2084 South Milwaukee Street
Denver, CO 80210
Phone: 303-333-4696
E-Mail address: tamara@tmbtq.com
Web address: https://www.tmbtq.com

September 13, 2022

Mr. Jason Allen
1505 West Caballo Drive
**Pueblo West, CO 81007**

Via Email: jason.allen@incarnategames.com

Re:  Engagement of Tamara S. Pester, LLC

Dear Jason,

I would be pleased, on behalf of Tamara S. Pester, LLC (the "Firm") to provide legal services to you in connection with researching, preparing, and applying for Copyright protection of your work, Théâtre D'opéra Spatial, and representing you in related issues.  This letter and the attached Statement of Engagement Terms and Billing Practices (the "Statement") set forth the terms of the Firm's engagement.  As we discussed, the Firm will charge you for time expended on your matter.  We will separately charge you for out-of pocket expenses incurred in connection with rendering services, all as described in the Statement.   Hourly work is billed in one-tenth of an hour increments and rates are as follows: ███████████████████████████████████████████████████

Before undertaking legal services, we require advance payment of $5,000.00.  You may send a check to P.O. Box 6601, Denver, CO 80206 or enter check details or pay by credit card online at https://secure.lawpay.com/pages/tsp-llc/trust.  In accordance with the Colorado Rules of Professional Conduct, your advance payment will be deposited in the Firm's Colorado Lawyer Trust Account Fund ("COLTAF") and will be withdrawn to apply against fees or expenses that the Firm advances or incurs.  This letter confirms that we are authorized to withdraw any portion of the deposited amount and use it to pay for costs incurred.  If the total costs involved in our representation do not exceed your advance payment, the remaining funds will be returned to you. In the unlikely event that your advance payment exceeds the cost of services provided and you subsequently cannot be located, you hereby consent to our donation of unexpended funds to a registered nonprofit entity of the Firm's choice.

The Firm will send you a billing statement upon completion of a particular project, or monthly as appropriate.  Fees are due and payable upon receipt.  The Firm reserves the right to charge a late payment penalty in the form of interest on any statements not paid within 30 days of the statement date at the legal rate of interest.  An attorney-client relationship is one of mutual trust and confidence.  We will do our best to ensure that you are satisfied with our services.  Please let me know whenever you have questions or comments regarding our services or fees.   If this letter and the Statement correctly set forth our mutual understanding, please sign and date this letter and initial the Statement, and return both to me together with your advance payment.  We look forward to working with you.

Sincerely,

*Tamara PS* (signature)

Tamara Pester Schklar
Attorney

THESE TERMS INCLUDING THE ATTACHED STATEMENT OF ENGAGEMENT TERMS AND BILLING PRACTICES ARE APPROVED:

*Jason Allen* (signature)

09/13/2022

**STATEMENT OF ENGAGEMENT TERMS AND BILLING PRACTICES**

1.  Applicable Law.  Our attorney-client relationship will be governed by Colorado law, including the Colorado Rules of Professional Conduct.

2.  Fees.  Fees for legal services are charged either on a flat fee mutually agreed upon, or on the basis hourly billing rates for the individual engaged in providing such services, multiplied by the number of hours (or fractions thereof, in increments of one-tenth of one hour) devoted to the rendering of such services by such professional.

3.  Termination of Engagement.   You may terminate the Firm's engagement with or without cause at any time on written notice to the Firm.  Termination of the Firm's services will not affect your responsibility to pay for legal services rendered and all expenses and other charges incurred up to the date when the Firm receives notice of termination, and for any further work required of us in order to facilitate an orderly turnover of matters in process at the time of termination.

The Firm may terminate this engagement for any of the reasons permitted under the Colorado Rules of Professional Conduct, including your failure to promptly pay bills, misrepresentation of (or failure to disclose) any material facts, action taken contrary to advice given, or any other conduct or situation that in the Firm's judgment impairs an effective attorney-client relationship or presents conflicts with the Firm's professional responsibilities to others.  This letter constitutes reasonable warning that the Firm will withdraw from representing you in this matter if you fail substantially to fulfill an obligation to me regarding my services.  We may request a stipulation executed by you allowing withdrawal as your attorney in any judicial, arbitration or similar proceedings, in which event you agree in advance to the Firm's withdrawal.

Our attorney-client relationship will also terminate when a matter for which we were hired has been completed, whether or not the bill to you for services has been rendered or paid.  Upon termination of our relationship, we have no duty to accept new engagements or to continue representation in any matters unless mutually agreed in writing.

4.  Future Representation.  In the event our engagement necessitates that we prepare an agreement which provides for ongoing rights and obligations on your part, a dispute concerning the interpretation or enforceability of that agreement may subsequently arise after my engagement has been terminated.  In the absence of our express written agreement, you may not assume that the Firm will represent you in a future dispute concerning such agreement.

5.  Retention of Files.  Generally, legal files are retained for thirty days after the matter is closed.   Files created during the course of the representation will be destroyed after termination of our engagement unless the client instructs otherwise.  If you want us to keep your files for a longer period of time, please tell us.  We use a secure online backup service and most of our records are retained in electronic format.  While the backup service uses measures to protect the security and integrity of the backups, we are not responsible for failures of the service that may result in a breach of confidentiality or a loss of your records.

6.  Resolution of Disputes.  Should any dispute arise concerning the services provided to you by the Firm, statements for services, as well as any alleged claims for legal malpractice, breach of fiduciary duty, breach of contract or other claim against me for any alleged inadequacy of such services, the dispute will be settled by mediation.  The mediation shall be heard in the City of Denver by one mediator, to be mutually agreed on, who must be a practicing attorney.  The mediator may establish such rules for the conduct of the mediation as he or she may choose, except that there shall be no discovery and any proceedings conducted shall be private and confidential and shall not be disclosed to the public.  The award of the mediator shall be final and binding, not subject to challenge by either party in any court of law.  Each party shall bear its own costs of the mediation and shall pay one-half of the costs of the proceeding.

7:  Charges.  Statements to clients are normally rendered on a monthly basis, and ordinarily include certain charges other than fees for legal services.  These charges may include third-party expenses (such as filing fees, court reporters and travel) and internal expenses.  You may be asked to pay larger third-party invoices directly.  Other third-party expenses will be added to my bills with no markup.

8.  Delivery.  Clients are charged the actual cost of mail, including express mail, international mail, and bulk mailings, as well as air express couriers.  Clients are charged the actual costs of outside messenger service.

9.  Photocopying.  In the event a significant amount of photocopying is required, charges are $.20 per page.  Copying by outside vendors when required by size or time constraints of the specific project is charged at actual cost.



# Audit Trail

DigiSigner Document ID: cc23799c-822d-4faa-a8f6-a577940daaa2

**Signer**            **Signature**

Email: jason.allen@incarnategames.com
IP Address: 97.121.149.229

Email: jason.allen@incarnategames.com
IP Address: 97.121.149.229

Email: jason.allen@incarnategames.com
IP Address: 97.121.149.229

| Event | User | Time | IP Address |
|---|---|---|---|
| Upload document | info@tamarapester.com | 09/13/2022 2:45:54 PM MDT | 98.38.0.134 |
| Open document | info@tamarapester.com | 09/13/2022 2:45:59 PM MDT | 98.38.0.134 |
| Close document | info@tamarapester.com | 09/13/2022 2:46:36 PM MDT | 98.38.0.134 |
| Send for signing | info@tamarapester.com | 09/13/2022 2:46:57 PM MDT | 98.38.0.134 |
| Open document | jason.allen@incarnategames.com | 09/13/2022 4:39:46 PM MDT | 97.121.149.229 |
| Sign document | jason.allen@incarnategames.com | 09/13/2022 6:03:46 PM MDT | 97.121.149.229 |
| Close document | jason.allen@incarnategames.com | 09/13/2022 6:03:46 PM MDT | 97.121.149.229 |