FROM  jasonallen.cs@gmail.com                                                Mar 31 10:42 AM
TO    tamara@tmbtq.com
CC
BCC

Re: Tamara S. Pester, LLC d/b/a TMBTQ - Payment Request: Retainer Request #80

Hi Tamara,

Thank you again for your message, and more importantly, for everything you've done so far. I wanted to let you know I've sent payment today for the past due amount of $1,150.

As for the retainer, I want to be completely transparent. I'm not currently in a position to cover the $5,000 retainer by the end of the month, and unfortunately Steve is no longer contributing toward legal support—which makes this all the more difficult right now.

That said, I want to be clear: I fully intend to move forward with you as counsel, and I have no doubt that I'll be in a position to pay again soon. I've spent the last several months developing comprehensive revenue initiatives around my work—structured in collaboration with advanced AI tools—and I'm now at the threshold of launching it.



I understand your position, and I know you need to protect your time and commitment. But I also know how far we've come, and I genuinely believe this case still needs your voice at the center of it—not passed off to someone else. If you feel it's essential to introduce Max now, I'll understand… but I do believe that step may be premature, especially given where things are headed.

Please let me know your thoughts. I'd love to find a way to bridge the gap and keep us both moving forward.

Ad Astra,

Jason M. Allen
Founder & Latent Space Explorer, Art Incarnate
https://artincarnate.com/
https://linktr.ee/artincarnate
https://www.instagram.com/jason_m_allen/


On Thu, Mar 27, 2025 at 4:46 PM Tamara Pester Schklar <tamara@tmbtq.com> wrote:

> Hi Jason – It looks like I sent you an estimate for next phases, but not the actual retainer request.
> Can you please let me know as soon as possible, whether you would like to proceed with the next steps?  We need to get a retainer in place and the outstanding invoice taken care of.  If you would like us to co-counsel with someone who is willing to do it on a pro bono basis, I can still connect you with my colleague Max, who was very interested in this case. I'm sorry for the pressure, but it would best best to have a decision before the end of the month, so that we can prepare for the upcoming hearing.
>
> Please proceed with the following payment request(s).
>
> **Details**

| Retainer Number | 80 | Issued date | 03/27/2025 | Due date | 03/31/2025 | Amount | $5000.00 |

Note: Retainer for work up to hearing on discovery

Click the button below to complete the payment.
Additionally, your total outstanding balance, if applicable, will be conveniently accessible for payment.

PAY NOW

☐ *The payment link will expire in 90 days.*

Thank you for your business and trust!
Tamara S. Pester, LLC d/b/a TMBTQ


**Tamara Pester Schklar**
Attorney and Owner
TMBTQ Law

Trademarks * Advertising * Disputes

Phone: 303-333-4696
Email: tamara@tmbtq.com
Web: https://www.tmbtq.com
https://www.learntrademarks.com
Your referrals are the best compliment! Please consider the environment before printing. This message is sent by or on behalf of a lawyer, may contain privileged or confidential information, and is intended solely for the individual or entity to whom it is addressed. If you received this message in error, please notify the sender immediately and delete this message!