Fri Apr 04 2025 12:40

**Subject:** Re: Draft motion to withdraw
**Sent:** April 4, 2025 12:33 PM
**From:** jasonallen.cs@gmail.com
**To:** Tamara Pester Schklar [ tamara@tmbtq.com ]

Hi Tamara,

Thank you for sending the update. I've reviewed everything, including the consent from opposing counsel.

As I've previously stated, I do not consent to the motion to withdraw at this time. I'll wait to review the final version once it's filed.

Jason M. Allen
Founder & Latent Space Explorer, Art Incarnate
https://artincarnate.com/
https://linktr.ee/artincarnate
https://www.instagram.com/jason_m_allen/


On Fri, Apr 4, 2025 at 9:27 AM Tamara Pester Schklar <tamara@tmbtq.com> wrote:
> Hi Jason, I have just forwarded opposing counsel's consent to you.
>
> I would like to remind you of the section of our engagement letter regarding withdrawal - this is consistent with the Colorado Rules of Professional Conduct, which I attach for your review.
> I intend to file the motion today, and if you do not consent, I will indicate that, though your refusal would be contrary to our written agreement, and becomes much more sensitive for both of us, as I would need to go into detail about your financial situation and my medical issues, which I would prefer to keep private.  It is important to get this filed ASAP, since the next deadline set by the court is coming up in 20 days and I would like to give them sufficient notice.   Can you please let me know by 12:00 MST whether you do or do not consent to the withdrawal?
>
>> 3. Termination of Engagement. You may terminate the Firm's engagement with or without cause at any time on written notice to the Firm. Termination of the Firm's services will not affect your responsibility to pay for legal services rendered and all expenses and other charges incurred up to the date when the Firm receives notice of termination, and for any further work required of us in order to facilitate an orderly turnover of matters in process at the time of termination.
>>
>> **The Firm may terminate this engagement for any of the reasons permitted under the Colorado Rules of Professional Conduct, including your failure to promptly pay bills,** misrepresentation of (or failure to disclose) any material facts, action taken contrary to advice given, or any other conduct or situation that in the Firm's judgment impairs an effective attorney- client relationship or presents conflicts with the Firm's professional responsibilities to others. This letter constitutes reasonable warning that the Firm will withdraw from representing you in this matter if you fail substantially to fulfill an obligationtomeregardingmyservices. **We may request a stipulation executed by you allowing withdrawal as your attorney in any judicial, arbitration or similar proceedings, in which event you agree in advance to the Firm's withdrawal.**
>
>  With opposing counsel's consent to the continuance, it would give you nearly two months (50 days) to secure alterate counsel.   I just saw an email come in fro Max Hass that he is no longer able to take this case on, but you can find a list of other organizations and resources at https://cbca.org/colorado-attorneys-for-the-arts/.

**Tamara Pester Schklar**
Attorney and Owner
TMBTQ Law

Trademarks * Advertising * Disputes

Phone: 303-333-4696
Email: tamara@tmbtq.com
Web: https://www.tmbtq.com
https://www.learntrademarks.com

Your referrals are the best compliment! Please consider the environment before printing. This message is sent by or on behalf of a lawyer, may contain privileged or confidential information, and is intended solely for the individual or entity to whom it is addressed. If you received this message in error, please notify the sender immediately and delete this message!

On Apr 3, 2025, at 9:06 PM, Jason Allen <jasonallen.cs@gmail.com> wrote:

Hi Tamara,

Thank you for your note. While I understand that my consent isn't strictly required (although you would appreciate it), I think we can agree that appreciation goes both ways—and I've always shown a willingness to meet obligations and work with you in good faith, just as we've done in the past.

I also understand now that the court does take the client's position into account—especially when alternate representation hasn't been secured and there's an upcoming hearing, delayed or not.

While I too am hopeful that the transition will be seamless, I also understand your concern about continuing on without a guaranteed retainer—just as I hope you can understand my concern about consenting to a withdrawal based entirely on the hope that everything works out as planned. The risk on your end may be financial, but the risk on mine could be far more permanent.

With that in mind, I'm not comfortable consenting at this time. I feel it would be premature, and I believe it's reasonable to wait until new counsel is confirmed *and* opposing counsel has responded to your request.

I'll continue doing everything I can to move the process forward, and I appreciate you keeping me posted as things develop.

Ad Astra,

Jason M. Allen
Founder & Latent Space Explorer, Art Incarnate

https://artincarnate.com/
https://linktr.ee/artincarnate
https://www.instagram.com/jason_m_allen/

On Thu, Apr 3, 2025 at 8:12 PM Tamara Pester Schklar <tamara@tmbtq.com> wrote:

Hi Jason, your consent isn't required, but it would certainly be preferred and appreciated. I just need to let the court know (via the motion) whether you consent or not, there's no in between.
I am still hopeful that the transition will be seamless, and I understand your concern as I am sure you can understand mine. I do not want to leave you in a vulnerable position. I believe that the additional time requested should be sufficient to secure alternate representation.
I will keep you posted on the response from opposing counsel tomorrow.

**Tamara Pester Schklar**
Attorney and Owner
TMBTQ Law

Trademarks * Advertising * Disputes

Phone: 303-333-4696
Email: tamara@tmbtq.com
Web: https://www.tmbtq.com
https://www.learntrademarks.com
Your referrals are the best compliment! Please consider the environment before printing. This message is sent by or on behalf of a lawyer, may contain privileged or confidential information, and is intended solely for the individual or entity to whom it is addressed. If you received this message in error, please notify the sender immediately and delete this message!

-----Original message-----
From: "Jason Allen" [jasonallen.cs@gmail.com]
Sent: Thursday, Apr 3 2025 6:23 PM
To: tamara@tmbtq.com
Subject: Re: Draft motion to withdraw

Hi Tamara,

Thanks for the clarification. I appreciate you holding off on filing until you receive a response from opposing counsel, and I understand that section was highlighted for that reason.

That said, I want to be clear for the record: my previous response to your withdrawal email was not legal consent to the motion. It was an acknowledgment of your stated decision and an expression of appreciation for your work up to this point. I was not aware at the time that my formal consent would be required by the court.

I also want to add that I was under the impression—based on the way your original withdrawal message was framed—that replacement counsel was all but secured, which gave me confidence that the transition would be seamless. Now that I understand my consent is required *and* that alternate representation is not currently confirmed, I'm finding myself in a much more vulnerable position than I initially understood. This no longer feels like a transition I'm simply acknowledging—it's becoming something I'm being left to navigate alone.

4/4/25, 12:40 PM
Case No. 1:24-cv-02665-WJM   Document 32-4   filed 04/04/25   USDC Colorado   pg 4 of 6
Re: Draft motion to withdraw

With that in mind, I need to ensure the motion accurately reflects the situation. Specifically, I would ask that the sentence stating I have "consented to the withdrawal" be revised to clarify that I've been informed of your intention, but have not yet given formal consent. Once that's updated—and pending confirmation from opposing counsel—I'll be happy to take another look.

Ad Astra,
Jason M. Allen
Founder & Latent Space Explorer, Art Incarnate
https://artincarnate.com/
https://linktr.ee/artincarnate
https://www.instagram.com/jason_m_allen/

On Thu, Apr 3, 2025 at 4:55 PM Tamara Pester Schklar <tamara@tmbtq.com> wrote:

> Hi Jason, of course I will wait to actually secure their consent before filing, that's why that part is highlighted. I just wanted to make sure the remainder was fine by you. Is there other language you would like to change? Attaching the most updated version.
>
> **Tamara Pester Schklar**
> Attorney and Owner
> TMBTQ Law
>
> Trademarks * Advertising * Disputes
>
> Phone: 303-333-4696
> Email: tamara@tmbtq.com
> Web: https://www.tmbtq.com
> https://www.learntrademarks.com
> Your referrals are the best compliment! Please consider the environment before printing. This message is sent by or on behalf of a lawyer, may contain privileged or confidential information, and is intended solely for the individual or entity to whom it is addressed. If you received this message in error, please notify the sender immediately and delete this message!
>
> -----Original message-----
> From: "jasonallen.cs@gmail.com" [jasonallen.cs@gmail.com]
> Sent: Thursday, Apr 3 2025 4:35 PM
> To: tamara@tmbtq.com
> Subject: Re: Draft motion to withdraw
> Thanks for clarifying, Tamara.
>
> I appreciate you holding off on filing until you hear back from Defendant. My position remains the same—once we've heard from them, and the language reflects the current situation more clearly, I'll take another look.
>
> Jason M. Allen
> Founder & Latent Space Explorer, Art Incarnate
> https://artincarnate.com/
> https://linktr.ee/artincarnate
> https://www.instagram.com/jason_m_allen/
>
> On Thu, Apr 3, 2025 at 4:33 PM Tamara Pester Schklar <tamara@tmbtq.com> wrote:

4/4/25, 12:40 PM
Case No. 1:24-cv-02665-WJM Document 32-4 filed 04/04/25 USDC Colorado pg 5 of 6
Re: Draft motion to withdraw

Correct, I'm waiting to hear back from Defendant before I file. The motion doesn't indicate that you already have other counsel, just that you need time to select someone.

**Tamara Pester Schklar**
Attorney and Owner
TMBTQ Law

Trademarks * Advertising * Disputes

Phone: 303-333-4696
Email: tamara@tmbtq.com
Web: https://www.tmbtq.com
https://www.learntrademarks.com
Your referrals are the best compliment! Please consider the environment before printing. This message is sent by or on behalf of a lawyer, may contain privileged or confidential information, and is intended solely for the individual or entity to whom it is addressed. If you received this message in error, please notify the sender immediately and delete this message!

-----Original message-----
From: "Jason Allen" [jasonallen.cs@gmail.com]
Sent: Thursday, Apr 3 2025 4:30 PM
To: tamara@tmbtq.com
Subject: Re: Draft motion to withdraw

Hi Tamara,

Thanks for sending this over. A couple of points I want to clarify:

- While I acknowledge your intention to withdraw, I don't believe it's accurate to say I've "secured the consent of Defendant" for a continuance, as I understand you've only sent an informal inquiry and haven't heard back yet.

- Additionally, I haven't yet confirmed alternate counsel, though I am actively exploring my options—including reconnecting with Max, who you mentioned previously.

If we revise the motion to reflect that reality—that I've been informed of your intent, but am still in the process of securing replacement counsel—I'd be more comfortable, but as of right now, I do not think this reflects what is happening.

Ad Astra,

Jason M. Allen
Founder & Latent Space Explorer, Art Incarnate
https://artincarnate.com/
https://linktr.ee/artincarnate
https://www.instagram.com/jason_m_allen/

On Thu, Apr 3, 2025 at 4:17 PM Tamara Pester Schklar <tamara@tmbtq.com> wrote:
> Jason, is the attached ok by you? If so, I will send to opposing counsel for their consent - I sent an informal email today requesting a 30 day continuance, to which they have not yet responded.

**Tamara Pester Schklar**
Attorney and Owner
TMBTQ Law

Trademarks * Advertising * Disputes

Phone: 303-333-4696
Email: tamara@tmbtq.com
Web: https://www.tmbtq.com
https://www.learntrademarks.com
Your referrals are the best compliment! Please consider the environment before printing. This message is sent by or on behalf of a lawyer, may contain privileged or confidential information, and is intended solely for the individual or entity to whom it is addressed. If you received this message in error, please notify the sender immediately and delete this message!