IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02665-WJM

**JASON ALLEN, an individual,**

**Plaintiff,**

**v.**

**SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE,**

    **Defendants.**

---

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR A CONTINUANCE

---

**THIS MATTER** comes before the Court on the Motion to Withdraw as Counsel and for a Continuance filed by Tamara Pester, attorney for Plaintiff, Jason Allen. The Court, having reviewed the motion and being fully advised in the premises, hereby **ORDERS** as follows:

1. The Motion to Withdraw as Counsel is **GRANTED**. Tamara Pester is permitted to withdraw as counsel for Plaintiff in the above-captioned matter.

2. The Motion for a Continuance is **GRANTED**. The Status Conference currently set for April 24, 2025, at 10:00 a.m., is continued to _____.

**DATED** this ___ day of April, 2025.

**BY THE COURT:**

_____

**United States District Judge William J. Martinez**