**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02665-WJM

**JASON ALLEN, an individual**,

     Plaintiff,

v.

**SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE**,

     Defendants.

---

### ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

     I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for:

Jason Allen

     DATED at Los Angeles, California this Monday, April 14, 2025.

                             Ryan B. Abbott
                             Name of Attorney

                             Brown, Neri, Smith & Khan, LLP
                             Firm Name
                             11601 Wilshire Blvd., Suite 2080
                             Office Address
                             Los Angeles, CA 90025
                             City, State, ZIP Code
                             (310) 593-9890
                             Telephone Number
                             ryan@bnsklaw.com
                             Primary CM/ECF E-mail Address

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

U.S. Dept. of Justice:
JENNA MUNNELLY
SUZANNE JOHNSON
Via Email: jenna.e.munnelly@usdoj.gov
Suzanne.M.Johnson@usdoj.gov
YAAKOV M. ROTH, Acting Assistant Attorney General
SCOTT BOLDEN, Director

Tamara Pester
Tamara S. Pester, LLC dba TMBTQ Box
6601 Denver, CO 80206
tamara@tmbtq.com
(303) 333-4696
*Attorney for Plaintiff*

*s/ Kaitlyn Alexander*