# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02665-SKC-KAS

JASON ALLEN, an individual,

Plaintiff,

v.

SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE,

    Defendants.

---

## SECOND MOTION FOR MANDATORY WITHDRAWAL AS COUNSEL
## (MANDATORY)

---

COMES NOW, Tamara Pester, attorney for Plaintiff, Jason Allen, and respectfully moves this Court for an Order permitting withdrawal as counsel for Plaintiff in the above-captioned matter under Colo. R. Prof. Conduct 1.16(a)(1).

As support for this Motion, Counsel states as follows:

1. Counsel has represented Jason Allen since September 2022.

2. Plaintiff, Jason Allen, has not provided consent to the withdrawal, despite that failing to do so is a breach of the engagement with Counsel. [**DOCS 32-1 through 32-4**].

3. Allen has secured representation of Attorney Ryan Abbott [Doc 35].

4. Due to the existence of a conflict that has arisen between attorney and client, withdrawal has now become mandatory under Colo. R. Prof. Conduct 1.7(a).

5. Professional considerations require termination of the representation, while Counsel's confidentiality obligation under Colo. R. Prof. Conduct 1.6 requires that Counsel keep confidential the specific facts and circumstances.

6. Counsel is aware of her duty to the court under Colo. R. Prof. Conduct 3.3.

7. Under Colo. R. Prof. Conduct 1.16 cmt.3, "[t]he court may request an explanation for the withdrawal, while the lawyer may be bound to keep confidential the facts that would constitute such an explanation. The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient."

8. Should the Court require any further explanation, Counsel agrees to provide the Court such information as necessary.

9. Counsel's withdrawal will not prejudice any party or delay the progression of this case.

10. Good cause exists for the requested relief.

WHEREFORE, counsel respectfully requests that this Court grant the motion to withdraw as counsel for Plaintiff.

Respectfully Submitted,

s/
Tamara Pester
Tamara S. Pester, LLC dba TMBTQ
Box 6601 Denver, CO 80206
tamara@tmbtq.com
(303) 333-4696
Dated: April 15, 2025

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION and ORDER was served email on all counsel or parties of record listed below as of this April 15, 2025.

/Tamara Pester/

SERVICE LIST

1. U.S. Dept. of Justice
   JENNA MUNNELLY
   SUZANNE JOHNSON
   *Via Email: jenna.e.munnelly@usdoj.gov and Suzanne.M.Johnson@usdoj.gov*
   YAAKOV M. ROTH, Acting Assistant Attorney General
   SCOTT BOLDEN, Director

2. Plaintiff
   A.  Jason Allen
       Via email: jasonallen.cs@gmail.com

   B.  Ryan B. Abbott, Attorney for Plaintiff
       Brown, Neri, Smith & Khan
       *Via email: ryan@bnsklaw.com*