<div style="text-align:center">

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

</div>

Civil Action No. 1:24-cv-02665-WJM

**JASON ALLEN, an individual**,

    Plaintiff,

v.

**SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE**,

    Defendants.

---

<div style="text-align:center">

**ENTRY OF APPEARANCE**

</div>

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>Jason Allen</u>

    DATED at Los Angeles, California this Monday, April 14, 2025.

<div style="margin-left:50%">

<u>Timothy G. Lamoureux</u>
Name of Attorney

<u>Brown, Neri, Smith & Khan, LLP</u>
Firm Name
<u>11601 Wilshire Blvd., Suite 2080</u>
Office Address
<u>Los Angeles, CA 90025</u>
City, State, ZIP Code
<u>(310) 593-9890</u>
Telephone Number
<u>tim@bnsklaw.com</u>
Primary CM/ECF E-mail Address

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

U.S. Dept. of Justice:
JENNA MUNNELLY
SUZANNE JOHNSON
Via Email: jenna.e.munnelly@usdoj.gov
Suzanne.M.Johnson@usdoj.gov
YAAKOV M. ROTH, Acting Assistant Attorney General
SCOTT BOLDEN, Director

Tamara Pester
Tamara S. Pester, LLC dba TMBTQ Box
6601 Denver, CO 80206
tamara@tmbtq.com
(303) 333-4696
*Attorney for Plaintiff*

*s/ Kaitlyn Alexander*