IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: April 24, 2025
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George
Law Clerk: Taylor Shields

| | |
|---|---|
| Civil Action No. **1:24-cv-02665-WJM** | Counsel: |
| JASON ALLEN, an individual, | Ryan B. Abbott (VTC) |
| | Timothy G. Lamoureaux (VTC) |
| Plaintiff, | |
| v. | |
| SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director if the United States Copyright Office, and THE UNITED STATES COPYRIGHT OFFICE, | Jenna Elizabeth Munnelly |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:01 a.m.**   Court in session.

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion regarding the appropriateness of permitting Plaintiff to conduct discovery in this agency review action brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 701.

Discussion regarding Section 6 of the Joint Case Manage Plan [ECF 23].

**10:10 a.m.**   Court in recess. Hearing concluded.

Total time in court: 9 minutes