# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JASON ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>SHIRA PERLMUTTER; and<br>THE UNITED STATES COPYRIGHT OFFICE,<br><br>    Defendants. | Civil Action No. 1:24-cv-02665-WJM<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE OF SCOTT M. KELLY

To the Clerk of Court and all parties of record:

  I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for *Amicus Curiae* Edward Lee.

| | |
|---|---|
| Dated: September 2, 2025 | */s/* Scott M, Kelly<br>Scott M. Kelly (admitted in D. Colo.)<br>Virginia Bar No. 80548<br>*skelly@bannerwitcoff.com*<br>BANNER & WITCOFF, LTD.<br>1100 13th St., NW, Suite 1200<br>Washington, DC 20005<br>Telephone: (202) 824-3000<br><br>**Counsel for Amicus Curiae Edward Lee** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF filing system which will send notification of such filing to all registered counsel of record for the parties.

/s/ Scott M. Kelly
Scott M. Kelly