# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JASON ALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>SHIRA PERLMUTTER; and<br>THE UNITED STATES COPYRIGHT<br>OFFICE,<br><br>        Defendants. | Civil Action No. 1:24-cv-02665-WJM<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE OF VICTORIA R. M. WEBB

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for *Amicus Curiae* Edward Lee.

| | |
|---|---|
| Dated: September 2, 2025 | */s/ Victoria R. M. Webb*<br>Victoria R. M. Webb (admitted in D. Colo.)<br>Illinois Bar No. 6307279<br>vwebb@bannerwitcoff.com<br>BANNER & WITCOFF, LTD.<br>71 South Wacker Drive, Suite 3600<br>Chicago, IL 60606<br>Telephone: (312) 463-5000<br><br>***Counsel for Amicus Curiae Edward Lee*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF filing system which will send notification of such filing to all registered counsel of record for the parties.

*/s/ Victoria R. M. Webb*
Victoria R. M. Webb
