IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02665-WJM

JASON ALLEN, an individual,

    Plaintiff,

v.

SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE,

    Defendants.

**UNOPPOSED MOTION FOR A STAY TO THE PROCEEDINGS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants, Shira Perlmutter, in her official capacity as Register of Copyrights and Directors of the United States Copyright Office, and the Copyright Office, hereby move for a stay of the proceedings in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the

1

proceedings until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for Plaintiff, Jason Allen, an Individual, consents to the requested stay.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT M. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

Of Counsel:
SUZANNE JOHNSON
U.S. Dept. of Justice

s/ Jenna Munnelly
JENNA MUNNELLY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: jenna.e.munnelly@usdoj.gov
Telephone: (202) 616-1061

EMILY L. CHAPUIS
Acting General Counsel
JOHN R. RILEY
Acting Deputy General Counsel

U.S. COPYRIGHT OFFICE

*Attorneys for the United States*

Dated: October 1, 2025