IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:24-cv-02665

JASON ALLEN, an individual,

    Plaintiff,

v.

SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE,

    Defendants.

---

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF**

---

    This matter comes before the Court on the parties' Stipulation for Extension of Time to File Plaintiff's Reply Brief. Having reviewed the Stipulation and being otherwise fully advised in the premises, the Court finds that good cause exists for the requested extension.

    **IT IS HEREBY ORDERED** that the Stipulation for Extension of Time to File Plaintiff's Reply Brief is GRANTED.

    **IT IS FURTHER ORDERED** that Plaintiff Jason Allen shall file his Reply Brief in support of his Motion for Summary Judgment on or before February 27, 2026.


Dated: _____, 2025
                                            _____
                                            WILLIAM J. MARTÍNEZ
                                            United States District Judge