# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02665-WJM

JASON ALLEN, an individual,

    Plaintiff,

v.

SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE,

    Defendants.

## STIPULATION FOR EXTENSION OF
## TIME TO FILE PLAINTIFF'S REPLY BRIEF

Plaintiff Jason Allen ("Plaintiff"), Defendant Shira Perlmutter, Register of Copyrights and Director of the United States Copyright Office, in her official capacity, and Defendant United States Copyright Office (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On November 13, 2025, this Court lifted the stay in this matter and ordered that Defendants' Opposition Brief would be due on January 16, 2026, and that Plaintiff's Reply Brief in support of his Motion for Summary Judgment shall be due on February 6, 2026.

2. Plaintiff now seeks an extension of time to file his Reply Brief, with the new deadline of February 27, 2026.

///

///

1

3. Good cause exists for this extension. During the period of the stay in this case, Plaintiff's counsel had a trial scheduled in another matter that is now set to commence on February 3, 2026, and is anticipated to conclude on or about February 12, 2026. Due to the demands of trial preparation and participation in this trial, Plaintiff's counsel will be unable to adequately prepare Plaintiff's Reply Brief while simultaneously fulfilling their obligations in the scheduled trial.

4. The parties have conferred regarding this extension request, and Defendants agree to extending the deadline for Plaintiff's Reply Brief to February 27, 2026.

5. This extension will not prejudice any party or delay the resolution of this matter, as all parties are agreeable to the proposed schedule.

6. This stipulation complies with the Local Rules of the United States District Court for the District of Colorado.

**WHEREFORE,** the parties respectfully request that this Court enter an Order extending the deadline for Plaintiff to file his Reply Brief in support of his Motion for Summary Judgment to February 27, 2026.

Dated: November 14, 2025

Respectfully Submitted,
*/s/ Ryan B. Abbott*
Ryan B. Abbott (CA State Bar No. 281641)
Brown, Neri, Smith & Khan, LLP
Firm Name
11601 Wilshire Blvd., Suite 2080
Office Address
Los Angeles, CA 90025
City, State, ZIP Code
(310) 593-9890
Telephone Number
ryan@bnsklaw.com
Primary CM/ECF E-mail Address
*Attorneys for Petitioner, Jason Allen*

| | |
|---|---|
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| Of Counsel:<br>SUZANNE JOHNSON<br>U.S. Dept. of Justice | SCOTT BOLDEN<br>Director |
| | /s/Jenna Munnelly<br>JENNA MUNNELLY |
| EMILY L. CHAPUIS<br>Acting General Counsel<br>JOHN R. RILEY<br>Acting Deputy General Counsel<br>U.S. COPYRIGHT OFFICE | Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Washington, DC 20530<br>Email: jenna.e.munnelly@usdoj.gov<br>Telephone: (202) 616-1061 |
| | *Attorneys for the United States* |

# CERTIFICATE OF SERVICE

I hereby certify that on **November 14, 2025**, I served the **(1) STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** and **(2) ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** filed concurrently herewith on the following party, in compliance with D.C. COLO. LCivR. 6.1(c) and WJM Revised Practice Standard II.D.2:

Jason Allen
*Plaintiff*

**Service was made by e-mail or electronic transmission.** A copy of the foregoing documents was transmitted from the e-mail address kaitlyn@bnsklaw.com to the person identified above. I did not receive, within a reasonable period after transmission, any electronic message or other indication that the transmission was unsuccessful.

Dated: November 14, 2025               */s/ Kaitlyn Alexander*
                                        Kaitlyn Alexander