**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02665-WJM

JASON ALLEN, an individual,

      Plaintiff,

v.

SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and THE COPYRIGHT OFFICE,

      Defendants.

---

**UNOPPOSED MOTION TO SUBMIT CORRECTED DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF AND CROSS-MOTION FOR SUMMARY JUDGMENT**

---

      Defendants hereby move to submit a corrected Defendants' Response to Plaintiff's Motion for Summary Judgment and Memorandum in Support Thereof and Cross-Motion for Summary Judgment ("Response") and to have the Clerk of Court accept the corrected Response as filed.  Counsel for Plaintiff, Jason Allen, an Individual, consent to this Motion.

      After filing its Response, Defendants discovered an inadvertent omission of a word that materially changes the meaning of the sentence.  Specifically, on ECF page 38 of the Response, the word "not" is missing from a sentence in the first paragraph of Section V.B.  The omission is material and therefore Defendants request to submit a corrected Response.  Defendants attach the corrected Response to the instant Motion and request that it be accepted as filed.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

Of Counsel:
SUZANNE JOHNSON
U.S. Dept. of Justice

SCOTT BOLDEN
Director

s/ Jenna Munnelly
JENNA MUNNELLY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: jenna.e.munnelly@usdoj.gov
Telephone:     (202) 616-1061

EMILY L. CHAPUIS
General Counsel and
Associate Register of Copyrights
JOHN R. RILEY
Acting Deputy General Counsel
BRANDY KARL
Associate General Counsel
MICHAEL DRUCKMAN
Attorney-Advisor
U.S. COPYRIGHT OFFICE

*Attorneys for the United States*

Dated:  February 6, 2026